IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRAWFORD'S AUTO CENTER, INC., on behalf of itself and all others similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *et al.*; <br><br> Defendants. | Case No.: 1:14-cv-03146 <br><br> Judge Robert M. Dow, Jr. |

**CERTAIN DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

Certain Defendants, by and through their respective undersigned counsel, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for an Order dismissing, in its entirety and with prejudice, Plaintiff's Class Action Complaint and Demand for Jury Trial. The Defendants who have joined in this Motion are listed in Exhibit A, attached hereto. Dismissal is required for all of the reasons set forth in Certain Defendants' Memorandum in Support (attached as Exhibit B to Certain Defendants' Unopposed Motion for Leave to File A Brief in Excess of 15 Pages filed today).

Dated: June 27, 2014

Respectfully submitted,

/s/ Richard L. Fenton
Richard L. Fenton (ARDC No. 3121699)
Mark L. Hanover (ARDC No. 6216201)
DENTONS US LLP
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
richard.fenton@dentons.com
mark.hanover@dentons.com

*Counsel for Defendants
The Allstate Corporation,
Allstate Insurance Company,
Allstate County Mutual Insurance Company,
Allstate Fire & Casualty Insurance Company,
Allstate Indemnity Company,
Allstate New Jersey Insurance,
Allstate New Jersey Property & Casualty Insurance Company,
Allstate Property & Casualty Insurance Company,
Encompass Indemnity Company,
Esurance Insurance Company, and
Esurance Property & Casualty Insurance Company*

/s/ Michael B. Galibois
Michael B. Galibois (ARDC No. 6272257)
Elizabeth G. Doolin (ARDC No. 6210358)
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Street, Suite 1400
Chicago, Illinois 60606
Phone: (312) 281-3622
Facsimile: (312) 281-3678
mgalibois@cmn-law.com
edoolin@cmn-law.com

Jeffrey S. Cashdan (admitted *pro hac vice*)
Christine A. Hopkinson (admitted *pro hac vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Phone: (404) 572-4600
Facsimile: (404) 472-5139
jcashdan@kslaw.com
chopkinson@kslaw.com

Michael R. Nelson (admitted *pro hac vice*)
Kymberly Kochis (admitted *pro hac vice*)
NELSON LEVIN de LUCA & HAMILTON
17 State Street, 29th Floor
New York, New York 10004
Phone: (212) 233-0130
Facsimile: (212) 233-0172
mnelson@nldhlaw.com
kkochis@nldhlaw.com

*Counsel for Defendants*
*The Progressive Corporation,*
*Progressive American Insurance Company,*
*Progressive Casualty Insurance Company,*
*Progressive Classic Insurance Company,*
*Progressive Michigan Insurance Company,*
*Progressive Mountain Insurance Company,*
*Progressive Northern Insurance Company,*
*Progressive Northwestern Insurance,*
*Progressive Preferred Insurance Company,*
*Progressive Security Insurance Company,*
*Progressive Southeastern Insurance Company,*
*Progressive West Insurance Company,*
*Progressive Gulf Insurance Company,*
*Progressive Specialty Insurance Company,*
*Progressive Advanced Insurance Company,*
*Progressive Choice Insurance Company,*
*Progressive Direct Insurance Company,*
*Progressive Garden State Insurance,*
*Progressive Marathon Insurance Company,*
*Progressive Paloverde Insurance Company,*
*Progressive Select Insurance Company,*
*Progressive Premier Insurance Company of Illinois,*
*Progressive Universal Insurance Company, Artisan*
*& Truckers Casualty Company,*
*United Financial Casualty Company, and*
*Progressive County Mutual Insurance Company*

/s/ Joshua S. Goldberg
Joshua S. Goldberg (ARDC No. 6277541)
CARPENTER LIPPS & LELAND LLP
180 North LaSalle Street, Suite 2640
Chicago, Illinois 60601
Telephone: (312) 777-4300
Facsimile: (312) 777-4839
goldberg@carpenterlipps.com

Michael H. Carpenter (admitted *pro hac vice*)
Michael N. Beekhuizen (admitted *pro hac vice*)
Peter T. Snow (admitted *pro hac vice*)
CARPENTER LIPPS & LELAND LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Telephone: (614) 365-4100
Facsimile: (614) 365-9145

carpenter@carpenterlipps.com
beekhuizen@carpenterlipps.com
snow@carpenterlipps.com

*Counsel for Defendants*
*Nationwide Mutual Insurance Company,*
*Allied Property & Casualty Insurance Company,*
*AMCO Insurance Company,*
*Colonial County Mutual Insurance Company,*
*Depositors Insurance Company,*
*Nationwide Affinity Insurance Company of America,*
*Nationwide Agribusiness Insurance Company,*
*Nationwide Insurance Company of America,*
*Nationwide Mutual Fire Insurance Company, and*
*Nationwide Property & Casualty Insurance Company*

/s/ Joseph E. Ezzie
William K. Kane (ARDC No. 6194466)
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100 Chicago, Illinois 60606-1901
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
wkane@bakerlaw.com

Michael E. Mumford (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3485
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
mmumford@bakerlaw.com

Joseph E. Ezzie (admitted *pro hac vice*)
Trischa Snyder Chapman (admitted *pro hac vice*)
BAKER & HOSTETLER LLP
65 East State Street, Suite 2100
Columbus, Ohio 43215-4260
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
jezzie@bakerlaw.com
tchapman@bakerlaw.com

4

*Counsel for Defendants*
*Liberty Mutual Holding Company, Inc.,*
*Liberty Mutual Group, Inc.,*
*The First Liberty Insurance Corporation,*
*Liberty County Mutual Insurance Company, Texas,*
*Liberty Mutual Fire Insurance Company,*
*Liberty Mutual Insurance Company,*
*LM General Insurance Company,*
*Peerless Insurance Company,*
*Safeco Insurance Company of America, and*
*Safeco Insurance Company of Illinois*

/s/ Randall A. Hack
Randall Allan Hack  (ARDC No. 6187595)
Brian Ignatius Hays (ARDC No. 6256068)
Katherine Heid Harris (ARDC No. 6284865)
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
rhack@lockelord.com
bhays@lockelord.com
kharris@lockelord.com


David L. Yohai (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
John P. Mastando (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212 310 8000
david.yohai@weil.com
eric.hochstadt@weil.com
john.mastando@weil.com

*Counsel for Defendants*
*Farmers Insurance Exchange,*
*Truck Insurance Exchange,*
*Farmers Insurance Company of Arizona,*
*Farmers Insurance Company of Oregon,*
*Farmers Insurance Company of Washington,*
*Farmers Insurance Company, Inc.,*
*Farmers Texas County Mutual Insurance Company,*
*Illinois Farmers Insurance Company,*
*Mid-Century Insurance Company,*
*Foremost County Mutual Insurance Company,*

5

*Foremost Insurance Company Grand Rapids, Michigan,*
*Bristol West Insurance Company,*
*Coast National Insurance Company,*
*21st Century Centennial Insurance Company,*
*21st Century Indemnity Insurance Company, and*
*21st Century Insurance Company*

6

## CERTIFICATE OF SERVICE

I, Richard L. Fenton, an attorney, hereby certify that I have caused a copy of the foregoing **CERTAIN DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)** to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on June 27, 2014.

/s/ Richard L. Fenton