UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Crawford's Auto Center, Inc.

                Plaintiff,

v.                                       Case No.: 1:14−cv−03146

                                          Honorable Sharon Johnson Coleman

State Farm Mutual Automobile Insutance Company, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 9, 2014:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff having filed an amended complaint, defendants' motions to dismiss [114][118]are moot.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.